

**ORDERED in the Southern District of Florida on September 1, 2016.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Broward Division

In re:

NORMA G. ROSSNER,                    Case No. 16-21254-BKC-RBR

    Debtor.                                Chapter 13
_____/

**ORDER TO SHOW CAUSE WHY DEBTOR'S COUNSEL SHOULD
NOT BE SANCTIONED FOR PRACTICING LAW WHILE SUSPENDED
AND SETTING FOR HEARING THE MOTION FOR EXTENSION OF
TIME TO FILE REQUIRED DOCUMENTS [D.E. 9]**

THIS MATTER came before the Court *sua sponte* without a hearing on August 31, 2016. This case was filed on August 15, 2016. [D.E. 1]. According to the Disclosure of Compensation [D.E. 2] the Debtor paid counsel, Charles D. Franken, Esq., $1,330.00 prior to filing the case and have a balance due to be paid during the plan of $2,170.00 for a total of $3,500.00. The Court has become aware that Debtor's counsel has been suspended from practicing law by the Florida Bar as of June 18, 2016 by Florida Supreme Court Order dated June 17, 2016. Debtor's counsel

filed this case in violation of the terms of his suspension, has filed a Motion for Extension of Time [D.E. 9] (the "Motion"), and has failed to get substitute counsel to represent the Debtor.

After the court having considered the Motion, court file, and being otherwise duly advised in the premises, it is

**ORDERED** as follows:

1. Charles D. Franken, Esq., is directed to appear personally before this Court on **September 15, 2016 at 2:30 P.M.** at the United States Bankruptcy Court, 299 East Broward Blvd, Room #308 Fort Lauderdale, FL 33301, to **SHOW CAUSE** as to why this Court should not sanction Debtor's counsel and require him to disgorge to the Debtor all attorney's fees and filing fees paid to him in this case. The Court may further consider further sanctions at the hearing as well.

2. The Motion [D.E. 9] is set for **September 15, 2016 at 2:30 PM** at the United States Bankruptcy Court, 299 East Broward Boulevard, Room #308, Fort Lauderdale, Florida 33301.

###

*The Clerk shall provide copies to:*
Charles D. Franken, Esq.
Debtor
Chapter 13 Trustee